UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>CH SP ACQUISITON d/b/a SPANISH PEAKS MOUNTAIN CLUB; LONE MOUNTAIN LAND COMPANY,<br><br>Defendant. | Case No. CV-23-28 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Defendants' motion for summary judgment (Doc. 40) is GRANTED. The terms of the *Cottonwood I* consent decree bar Cottonwood's CWA claim. Cottonwood conceded its Montana public nuisance claims.

Dated this 20th day of December, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk